**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7293**

_____

UNITED STATES OF AMERICA,

                  Plaintiff – Appellee,

      v.

DONNELL COPPEDGE,

                  Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  James C. Fox, Senior District Judge.  (4:09-cr-00054-F-1)

_____

Submitted:  December 18, 2014     Decided:  December 23, 2014

_____

Before SHEDD, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Donnell Coppedge, Appellant Pro Se. Rudulf A. Renfer, Jr., Assistant United States Attorney, Shailika S. Kotiya, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina; William Glenn Perry, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnell Coppedge appeals the district court's order denying his motion for a new sentencing hearing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Coppedge</u>, No. 4:09-cr-00054-F-1 (E.D.N.C. Aug. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>